UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br>Levaquin Products<br>Liability Litigation | Multi-District Litigation<br>08-md-1943 |

This document refers to:
ALL CASES

# NOTICE OF CONVENTIONAL FILING

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**The Affidavit of David M. Cialkowski**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: _____ )

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: 70)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

    (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally.  A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).