UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Schedin,                                       Court File No. 08-cv-5743

          Plaintiff,

v.

Johnson & Johnson; Ortho-McNeil
Pharmaceuticals, Inc.; Ortho-McNeil-
Janssen Pharmaceuticals, Inc.; and
Johnson & Johnson Pharmaceutical
Research and Development, LLC,

          Defendants.

---

### PLAINTIFF'S MOTION IN LIMINE RE TESTIMONY OF KEITH ALTMAN

---

Plaintiff moves to exclude the designated deposition testimony of Keith Altman, submitted by Defendant on October 15, 2010, on the following grounds:

1. Altman has not been designated by Plaintiff as a witness or an expert witness on Plaintiff's behalf.

2. The testimony designated is outside the scope of the allowable deposition testimony.

3. The designated testimony for Altman serves no relevant purpose to the substance of the case.

4. Any discussion of what was or was not provided from Altman to Blume concerning the FDA AERs database is irrelevant to Blume's opinions, unless such opinions are subsequently permitted by the Court.

Dated: October 18, 2010    Respectfully submitted,

 s/ Ronald S. Goldser
Ronald S. Goldser, MN #35932
Zimmerman Reed, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: Ronald.Goldser@zimmreed.com

Lewis J. Saul
Lewis Saul & Associates P.C.
183 Middle Street, Suite 200
Portland, ME  04101
Telephone: (207) 874-7407
Facsimile: (207) 874-4930
Email: LSaul@lewissaul.com

*Co-Lead Counsel for Plaintiff*