UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JOHN SCHEDIN

                Plaintiff,

v.

JOHNSON & JOHNSON; ORTHOMCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC; and ORTHO-MCNEIL-JANSSEN-PHARMACEUTICALS, INC.,

                Defendants,

**ORDER**

Civil No. 08-5743 (JRT)

_____

Mikal C. Watts, **WATTS LAW FIRM, LLP,** 555 North Carancahua, Suite 1400, Corpus Christi, TX 78478; Ronald S. Goldser, **ZIMMERMAN REED, PLLP,** 651 Nicollet Mall, Suite 501, Minneapolis MN 55402-4123; and Lewis J. Saul, **LEWIS SAUL & ASSOCIATES,** 183 Middle Street, Suite 200, Portland, ME 04101, co-lead for plaintiff.

John Dames and William V. Essig, **DRINKER BIDDLE & REATH LLP,** 191 North Wacker Drive, Suite 3700, Chicago, IL 60606-1698; William H. Robinson, Jr., **LECLAIR RYAN,** 1100 Connecticut Avenue Northwest, Suite 600, Washington DC 20036; and Tracy J. Van Steenburgh, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, liaison and lead counsel for defendants.

Based upon the Stipulation executed by the parties dated 12/8/10 [Docket No. 185], **IT IS HEREBY ORDERED** that all claims against Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc and Johnson & Johnson Pharmaceutical Research & Development, LLC, are hereby **DISMISSED, WITH PREJUDICE**, from the above action. The caption shall be changed to read: John Schedin v. Ortho-McNeil-Janssen Pharmaceuticals, Inc.

DATED: December 14, 2010
at Minneapolis, Minnesota.

                                                    s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                 United States District Judge